# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **TERESA MAGUIRE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | FILE No. 5:23-cv-395-JKP-RPF |
| **BEKA ONE, LLC,** | ) | |
| | ) | |
| Defendant(s). | ) | |

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff **TERESA MAGUIRE** ("Plaintiff") respectfully provides this notice to the Court that the Parties have reached an agreement settling all claims and counterclaims asserted between them in this lawsuit.

The Plaintiff therefore respectfully request that the Court stay this case for fourteen (14) days to allow the Parties sufficient time to finalize the settlement documents and prepare and file dismissal papers with the Court.

Respectfully submitted,
**KURZ LAW GROUP, LLC**
4355 Cobb Parkway, SE, Suite J-285
Atlanta, GA 30339
www.kurzlawgroup.com
(404) 805-2494 Telephone
(770) 428-5356 Facsimile

By:  */s/ Dennis R. Kurz*
Dennis R. Kurz
Texas State Bar No. 24068183
dennis@kurzlawgroup.com
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of March 2024, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

Mark A. Sanchez, Esq.
**SANCHEZ & WILSON, PLLC**
6243 W. IH 10, Suite 1025
San Antonio, Texas 78201
mas@sanchezwilson.com
*Attorney for Defendant, Beka One, LLC*

*/s/ Dennis R. Kurz*
Dennis R. Kurz