UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIODIVISION

**TERESA MAGUIRE,**

*Plaintiff*

**v.**                                                   No.  SA-23-CV-00395-JKP

**BEKA ONE, LLC,**

*Defendant*

## O R D E R

The parties informed the Court they reached a settlement. *See* ECF No. 21. For this reason, the Court vacates all remaining Scheduling Order deadlines and settings. The Court ORDERS the parties to submit a Stipulation of Dismissal or an Agreed Judgment and any appropriate supporting documents on or before **fourteen (14) days from the date of this Order**. *See* Fed. R. Civ. P. 41. Should the parties be unable to finalize the settlement and submit appropriate filings and documents by that date, they must request an extension of time to do so. If the parties do not file a Stipulation of Dismissal or an Agreed Judgment or request an extension by the appropriate deadline, the Scheduling Order will be reinstated as though it had never been vacated.

It is so ORDERED.
SIGNED this 4th day of April, 2024.

_____
JASON  PULLIAM
UNITED STATES DISTRICT JUDGE