IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TERESA MAGUIRE, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 5:23-cv-395-JKP-RPF |
| **FH REDONDO, LP,** ) | |
| ) | |
|     Defendant(s). ) | |

**JOINT STIPULATION TO APPROVE CONSENT DECREE
AND TO DISMISS DEFENDANT WITH PREJUDICE**

Plaintiff, Teresa Maguire ("Plaintiff") and Defendant(s), FH REDONDO, LP, hereby file this Joint Stipulation seeking the Court's Approval of the parties' Consent Decree and to Dismiss Defendant, FH REDONDO, LP, with Prejudice:

1. Plaintiff filed the instant cause of action alleging that the Property operated and/or owned by Defendants violated Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.*

2. The matters raised by Plaintiff's Complaint have been resolved in accordance with the Consent Decree ("Settlement") attached hereto as Exhibit "1".

3. In accordance therewith, the Parties request that the Court review, approve and ratify the Consent Decree.  This Settlement is conditioned upon the Court's retaining jurisdiction to enforce said Settlement.

4. As part of the Settlement reached between the Parties, Plaintiff has agreed to dismiss Defendant, FH REDONDO, LP, with prejudice.  Accordingly, the Parties request,

1

upon the Court's review, approval and ratification of the Settlement, Defendant, FH REDONDO, LP be dismissed with prejudice.

5.    Except as otherwise stated in the Settlement, each party to bear their own fees and costs.

WHEREFORE, the Parties respectfully request that this Honorable Court enter an Order approving the attached Consent Decree, dismissing the claims asserted by Plaintiff against Defendant, FH REDONDO, LP, with prejudice, and retaining jurisdiction to enforce the Settlement.

Respectfully submitted this 5th day of April, 2024.

>Respectfully submitted,
>
>/s/  Dennis R. Kurz
>Dennis R. Kurz
>*Attorney-in-Charge for Plaintiff*
>Texas State Bar ID No. 24068183
>**KURZ LAW GROUP, LLC**
>4355 Cobb Parkway, Suite J-285
>Atlanta, GA 30339
>Tele: (404) 805-2494
>Fax: (770) 428-5356
>dennis@kurzlawgroup.com
>
>/s/  Mark A. Sanchez, Esq.
>Mark A. Sanchez, Esq.
>*Attorney-in-Charge for Defendant*
>Texas State Bar ID No. 00795857
>**SANCHEZ & WILSON, PLLC**
>6243 W. IH 10, Suite 1025
>San Antonio, Texas 78201
>Tele: (210) 222-8899
>Fax: (210) 222-9526
>mas@sanchezwilson.com

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY, a true and correct copy of the above and foregoing has been filed electronically the Clerk of the Court using CM/ECF/system on this 5th day of April, 2024.

*/s/ Dennis R. Kurz*
Dennis R. Kurz

# EXHIBIT "1"