**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **TERESA MAGUIRE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION** |
| **vs.** | ) | |
| | ) | **FILE No. 5:23-cv-395-JKP-RPF** |
| **BEKA ONE, LLC,** | ) | |
| | ) | |
| **Defendant(s).** | ) | |

**JOINT STIPULATION TO APPROVE CONSENT DECREE**
**AND TO DISMISS DEFENDANT WITH PREJUDICE**

Plaintiff, Teresa Maguire ("Plaintiff") and Defendant(s), BEKA ONE, LLC, hereby

file this Joint Stipulation seeking the Court's Approval of the parties' Consent Decree and to

Dismiss Defendant, BEKA ONE, LLC, with Prejudice:

1.      Plaintiff filed the instant cause of action alleging that the Property operated

and/or owned by Defendants violated Title III of the Americans with Disabilities Act, 42

U.S.C. § 12181 *et seq.*

2.      The matters raised by Plaintiff's Complaint have been resolved in accordance

with the Consent Decree ("Settlement") attached hereto as Exhibit "1".

3.      In accordance therewith, the Parties request that the Court review, approve and

ratify the Consent Decree.   This Settlement is conditioned upon the Court's retaining

jurisdiction to enforce said Settlement.

4.      As part of the Settlement reached between the Parties, Plaintiff has agreed to

dismiss Defendant, BEKA ONE, LLC, with prejudice.  Accordingly, the Parties request, upon

1

the Court's review, approval and ratification of the Settlement, Defendant, BEKA ONE, LLC be dismissed with prejudice.

5.      Except as otherwise stated in the Settlement, each party to bear their own fees and costs.

WHEREFORE, the Parties respectfully request that this Honorable Court enter an Order approving the attached Consent Decree, dismissing the claims asserted by Plaintiff against Defendant, BEKA ONE, LLC, with prejudice, and retaining jurisdiction to enforce the Settlement.

Respectfully submitted this 5th day of April, 2024.

Respectfully submitted,

/s/  Dennis R. Kurz
Dennis R. Kurz
*Attorney-in-Charge for Plaintiff*
Texas State Bar ID No. 24068183
**KURZ LAW GROUP, LLC**
4355 Cobb Parkway, Suite J-285
Atlanta, GA 30339
Tele: (404) 805-2494
Fax: (770) 428-5356
dennis@kurzlawgroup.com

/s/  Mark A. Sanchez, Esq.
Mark A. Sanchez, Esq.
*Attorney-in-Charge for Defendant*
Texas State Bar ID No. 00795857
**SANCHEZ & WILSON, PLLC**
6243 W. IH 10, Suite 1025
San Antonio, Texas 78201
Tele: (210) 222-8899
Fax: (210) 222-9526
mas@sanchezwilson.com

## **<u>CERTIFICATE OF SERVICE</u>**

WE HEREBY CERTIFY, a true and correct copy of the above and foregoing has been filed electronically the Clerk of the Court using CM/ECF/system on this 5th day of April, 2024.

*/s/  Dennis R. Kurz*
Dennis R. Kurz

# EXHIBIT "1"