UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**TERESA MAGUIRE,**

  *Plaintiff*,

v.                                      Case No.  SA-23-CV-00395-JKP

**BEKA ONE, LLC,**

  *Defendant*.

## ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANT WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation to Approve Consent Decree and Dismiss Defendant with Prejudice. *See* ECF No. 23. The Court has carefully considered the Joint Stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit "1" and is otherwise fully advised in this matter.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation to Approve Consent Decree and Dismiss BEKA ONE, LLC with Prejudice is hereby **GRANTED**.

2. The Court hereby **APPROVES** the Consent Decree and Defendant is hereby **DISMISSED WITH PREJUDICE**.

3. The Court Retains jurisdiction to enforce the Consent Decree for 60 days from the date of this order. Any request to extend the Court's jurisdiction may be submitted by motion.

4. Each party to bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

5. All pending motions are hereby denied as moot.

6. This case is **CLOSED**.

It is so ORDERED.
SIGNED this 8th day of April, 2024.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE